THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Corey Pearson       
Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-296
Submitted February 20, 2003 - Filed 
 April 30, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM: Corey Pearson appeals from his 
 guilty plea to two counts of second-degree burglary and two counts of grand 
 larceny, arguing his sentence was based on invalid considerations.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Pearsons appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.